IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 96-41121

---

JANE ALICE PSARIANOS, Individually and
as personal representative of the
Estate of Efstratios Stavros Psarianos;
CHRYSSOULA BESSIS, Individually, as next friend &
guardian of Georgios Bessis & Christos Bessis
& as personal representative of the Estate of
Harilaos Georgios Bessis; ANGELIKI LATSOUDIS,
Individually & as personal representative
of the Estate of Dimitrios Stylianos Latsoudis;
FOTINI MYLONAKIS, Individually & as next
friend & guardian of Theolayia Mylonakis
& as personal representative of the
Estate of Pantelis Georgios Mylonakis;
THEODORA SARLINAS, Individually, as next friend &
guardian of Irini Sarlinas & Ioannis Sarlinas
& as personal representative of the
Estate of Ioannis Evangelos Sarlinas;
CHRISTOS STEFANOS BAMBAS, Individually
& as personal representative of the
Estate of Lambros Christos Bambas;
PANAYOTIS CONSTANTINOS LIONTIS;
LAMBROS IOANNIS MATSOUKAS;
DIMITRIOS ATHANASIOS TSERGOULAS;
ELEFTHERIOS DIMITRIOS KYPRIOTIS;
ELIAS EFSTRATIOS MARKOTINIS;
EVANGELOS NIKOLAOS POLYMEROS;
ANDREAS TSONIS MYLONAKIS, Individually,
as next friend & guardian of Georgios Emmanuel
Mylonakis & Andreas Emmanuel Mylonakis &
as personal representative of the
Estate of Immanuel Mylonakis;
AISE IMPRAIM, Individually, as next
friend & guardian of Oscan Impraim &
Ainour Impraim & as personal representative
of the Estate of Retsup Impraim,

                                        Plaintiffs-Appellants,

                        versus

PETER THOMAS KIKIS,

Defendant-Appellee.

---

Appeal from the United States District Court
For the Eastern District of Texas
(1:95-CV-90)

---

August 11, 1997

Before REYNALDO G. GARZA, HIGGINBOTHAM, and DAVIS, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  See Local Rule 47.6.

Appellee's motion treated as a Rule 27 motion to file affidavit of Peter Kikis regarding this court's jurisdiction is hereby DENIED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.